UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **MARK FULTZ**, | ) |
| Plaintiff, | ) Case No. 2:21-cv-11671 |
| v. | ) |
| **ANN ARBOR HOTEL PROPERTY COMPANY LLC,** a Delaware limited liability company, | ) Judge Sean F. Cox |
| Defendant. | ) |

**Stipulation and Order of Dismissal**

Pursuant to a confidential Release and Settlement Agreement entered into between the parties, the parties stipulate that this case may be dismissed with prejudice and without costs. The parties further stipulate that the Court may retain jurisdiction over this matter to enforce the terms of the Release and Settlement Agreement. Pursuant to the above Stipulation,

IT IS ORDERED that this matter is dismissed with prejudice, with each party to bear its own attorneys' fees, costs, and expenses.

IT IS FURTHER ORDERED that the Court retains jurisdiction over this matter to enforce the terms of the Release and Settlement Agreement.

Dated: March 22, 2022

s/Sean F. Cox
Sean F. Cox
U. S. District Judge

2

Stipulated to by:

| Law Offices of Owen Dunn, Jr. | SEYFARTH SHAW LLP |
|---|---|
| /s/ Owen B, Dunn, Jr. | /s/ James Curtis |
| Owen B. Dunn Jr. (p66315)<br>The Ottawa Hills Shopping Center<br>4334 W. Central Avenue, Suite 222<br>Toledo, OH  43615<br>Phone:  (419) 241-9661<br>Fax:     (419) 241-9737<br>Email:  dunnlawoffice@sbcglobal.net | James Curtis<br>jcurtis@seyfarth.com<br>SEYFARTH SHAW LLP<br>233 South Wacker Drive, Suite 8000<br>Chicago, Illinois  60606-6448<br>Telephone:    (312) 460-5000<br>Facsimile:     (312) 460-7000 |
| *Attorney for Plaintiff, Leland Foster* | *An Attorney for Defendant Ann Arbor Hotel Property Company LLC* |